FILED

United States District Court
Western District of Texas
San Antonio Division
655 E. Durango Blvd.
San Antonio, Tx 78206

NOV 1 4 2008

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY CLERK

Re: Status Report on USCA # 08-505750 USA v Dehoyos-Martinez SA-06-CR-621-RF.

                                                      210

Beverly Nolden/Deputy Clerk,

     Mr. Dehoyos-Martinez is coming by an through the assistance of a fellow
inmate. Due to the fact, that Mr. Dehoyos-Martinez is inable to read, write
of speak much English. He would like to inform this court. That he has received
this courts November 6,2008 letter to him. On the 10th day of November 2008.
He has yet to receive the record on appeal from Warden Keffer. But as soon
as he does, he will inform this court of any missing parts of the record.
Mr. Dehoyos-Martinez does thank this court for its assistance in this appeal.

Sincerely

Pedro Dehoyos-Martinez # 67282-180          dated: 11-12-08

cc: Circuit Court
    AUSA/Joseph Gay Jr.

Pedro Dehoyos-Martinez # 67282-180
United States Penitentiary
P.O. Box 2099
Pollock, La 71467

ALEXANDRIA LA 713

12 NOV 2008 PM 11 L

RECEIVED

NOV 14 2008

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

USA FIRST-CLASS FOREVER

78206+11100

U.S. District Court
655 E. Durango Blvd.
San Antonio, Tx 78206