

**U.S. Department of Justice**

United States Attorney
Western District of Texas

---

*Appellate Unit*

601 NW Loop 410, Suite 600
San Antonio, Texas 78216

(210) 384-7090

January 20, 2009

Pedro DeHoyos-Martinez
Reg. No. 61282-180
U.S. Penitentiary Pollock
P.O. Box 2099
Pollock, LA 71467

**FILED**

JAN 2 1 2009

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                DEPUTY CLERK

Re:   U.S.A. v. DeHoyos-Martinez
      USCA No. 08-50570
      SA06CR210-RF

Dear Mr. Dehoyos-Martinez:

My office has just received word that the Court of Appeals has granted our recent motion to suspend the briefing schedule in your appeal until 30 days after we receive the record on appeal. A copy of our motion was mailed to you on January 15, 2009. As noted in our motion, we were informed by Beverly Nolden, Deputy Clerk with the District Court, that the court record was sent to you in November of 2008, so that you could use it to prepare your brief. It is also our understanding that the record is still in your possession.

Because we cannot respond to your brief until we are in receipt of the record, I ask that you mail the record to me at the following address as soon as possible.

Joseph H. Gay, Jr.
U.S. Attorney's Office
Western District of Texas
601 N.W. Loop 410, Suite 600
San Antonio, TX 78216

Sincerely,

JOHNNY SUTTON
United States Attorney

By:   JOSEPH H. GAY, JR.
      Assistant United States Attorney

cc:   Ms. Peggy Keller, U.S. Court of Appeals
      Ms. Beverly Nolden, U.S. District Court
      Warden, U.S. Penitentiary, Pollock